# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MARCUS ARTIS** | * | **DOCKET NO. 14-cv-1162** |
| **D.O.C. # 361755** | * | |
| | * | |
| **v.** | * | **JUDGE MINALDI** |
| | * | |
| | * | |
| **N. BURL CAIN** | * | **MAGISTRATE JUDGE KAY** |

**************************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 26) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of Artis' Objections (Rec. Doc. 30-1), and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED** and **DISMISSED WITH PREJUDICE.**

Lake Charles, Louisiana, this *10* day of _____ July _____, 2016.

_____
PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE